UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **_____** | |
| **RONALD ADAMS,** ) | **CIVIL ACTION NO.** |
|    **Plaintiff** ) | **3:18-CV-905-VLB** |
| ) | |
| **v.** ) | |
| ) | |
| **IRONHORSE AUTO, LLC d/b/a** ) | |
| **CENTRAL HYUNDAI and** ) | |
| **HYUNDAI CAPITAL AMERICA,** ) | |
| **INC. d/b/a HYUNDAI FINANCE,** ) | |
|    **Defendants** ) | |
| **_____** ) | **APRIL 12, 2019** |

## MOTION TO REOPEN CASE

The Plaintiff hereby moves that this matter be restored to the docket and that the court schedule a status conference. Although the parties reached an agreement to settle the dispute on February 12, 2019, and although Plaintiff's counsel provided counsel for defendants with a draft settlement agreement consistent with the parties agreement to settle on February 25, 2019, the defendants have failed to provide any comment on the draft agreement despite repeated request. Additionally, the defendants have failed to pay the settlement proceeds. Plaintiff has not yet decided whether he wishes to pursue

his claims or file a motion seeking to enforce the settlement as a judgment of the court.

The Court had previously granted an extension until April 12, 2019 for the parties to file a stipulation of dismissal or reopen the case.

                **PLAINTIFF, RONALD ADAMS,**

                By: /s/ *Daniel S. Blinn*
                    Daniel S. Blinn (ct02188)
                    Consumer Law Group, LLC
                    35 Cold Spring Road, Suite 512
                    Rocky Hill, Connecticut 06067
                    Tel (860) 571-0408
                    Fax (860) 571-7457
                    dblinn@consumerlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2019, a copy of foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn